**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,    ) | CR 04-0709-PHX-SMM |
| Plaintiff,    ) | |
| v.    ) | **ORDER** |
| Antonio De Leon-Ortiz,    ) | |
| Defendant.    ) | |

Upon motion of appellate counsel for defendant Antonio De Leon-Ortiz to unseal the sealed transcript of March 21, 2005 (dkt. 79), and good cause appearing,

**IT IS HEREBY ORDERED** that the Court Reporter's record of the March 21, 2005 hearing may be temporarily unsealed to prepare said transcript for use in the appeal. After this transcript is prepared, the record shall be resealed. (Dkt. 79.)

DATED this 7th day of July, 2006.

Stephen M. McNamee
United States District Judge